RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Jose Daniel Castillo-Antonio

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Daniel Castillo-Antonio, <br><br> Plaintiff, <br><br> Vs. <br><br> Maria Crespo Vega, et al., <br><br> Defendants. | Case Number 22-5193 TSH <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE AND (~~Proposed~~) ORDER |

Plaintiff Jose Daniel Castillo-Antonio, and defendants Maria Crespo Vega, Ki Young, and Sarah Chung, by and through their respective attorneys of record, hereby stipulate as follows:

1. The parties entered into a Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

2. Accordingly, the Parties jointly request that the Court dismiss this action with prejudice.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Jose Daniel Castillo-Antonio 10/28/2023

Flores & Barrios – By: Sidney Flores, Esq. /s/ Sidney Flores 10/28/2023

Attorney for Defendant Maria Crespo Vega

Law Office of Joong Y. Im – By: Joong Y. Im, Esq. /s/ Joong Y. Im 10/28/2023

Attorney for defendants Ki Young aka Ki Young Chung and Sarah Chung

[PROPOSED] ORDER

Having considered the parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Jose Daniel Castillo-Antonio v. Maria Crespo Vega et al., Case No. C-22-5193 TSH, is dismissed with prejudice, with each party to bear his or her own attorney's fees and costs.

Date: November 6, 2023

_____
Thomas S. Hixson
United States Magistrate Judge